UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| ERIC KENDALL HALL | ) | |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| | ) | 5:24-CV-334-FL |
| METROFIBERNET, LLC, d/b/a | ) | |
| Metronet, CMN-RUS, LLC d/b/a Metronet | ) | |
| and METRONET SECURITIZATION | ) | |
| WAREHOUSE BORROWER, LLC, d/b/a | ) | |
| Metronet | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the report and recommendation of the United States Magistrate Judge and upon the court's own initiative.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 19, 2024, and for the reasons set forth more specifically therein, that this action is DISMISSED.

**This Judgment Filed and Entered on July 19, 2024, and Copies To:**
Eric Kendall Hall (via CM/ECF Notice of Electronic Filing)


July 19, 2024                                        PETER A. MOORE, JR., CLERK


                                                        /s/Sandra K. Collins
                                        (By)      Sandra K. Collins, Deputy Clerk